UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TENNESSEE**

**MATTHEW C. WHITLEY**                                    Docket No. **1:04CR10013-002**

Petition on Probation and Supervised Release

**COMES NOW Gwendolyn E. Kearns**, PROBATION OFFICER OF THE COURT *presenting an official report upon the conduct and attitude of* Matthew C. Whitley *who was placed on supervision by the Honorable* James D. Todd *sitting in the Court at* Jackson, TN, *on the* 6th *day of* April, 2005, *who fixed the period of supervision at* two (2) years, *and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:*

*The defendant shall participate as directed in a program (outpatient and/or inpatient) approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer.*

*The defendant shall cooperate with the United States Probation Office in the collection of DNA.*

*Special Assessment: $100.00*

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

SEE ATTACHED MEMORANDUM.

**PRAYING THAT THE COURT WILL ORDER** *the immediate issuance of a Supervised Release Violation Warrant.*

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  8/5/05

FILED BY ____ D.C.
05 AUG -3 PM 3:37
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, JACKSON

86

I declare under penalty of perjury that the foregoing is true and correct.

**ORDER OF COURT**

*Considered and ordered this 3rd Day of August, 2005, and ordered filed and made a part of the records in the above case.*

_____
Honorable James D. Todd,
Chief U.S. District Judge

*Respectfully,*

_____
Gwendolyn E. Kearns
U.S. Probation Officer

Place: Jackson, TN
Date: July 26, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 86 in case 1:04-CR-10013 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

Richard L. Finney
HARDEE MARTIN DAUSTER & DONAHOE
213 E. Lafayette
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT