# UNITED STATES DISTRICT COURT
Western District of Tennessee

United States of America

v.

MATTHEW WHITLEY

ORDER HOLDING PROBATIONER
FOR REVOCATION HEARING

Case Number: 04-10013-T/AN

---

On August 30, 2005, the defendant appeared before me on a charge of violation of the terms and conditions of his supervised release in this matter. At this hearing, the defendant WAIVED his right to a preliminary hearing. Vic Ivy, representing the government, and Lowe Finney, representing the defendant, were present.

Accordingly, the defendant is held to a final revocation hearing before Judge James D. Todd. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given. The defendant is remanded to the custody of the United States Marshal.

*S. Thomas Anderson, United States Magistrate Judge*

*Date: August 30, 2005*

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9/1/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 96 in case 1:04-CR-10013 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

Richard L. Finney
HARDEE MARTIN DAUSTER & DONAHOE
213 E. Lafayette
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT