IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    Cr. No.1:04-10013-01-T

MATTHEW CHRISTOPHER WHITLEY

<u>JUDGMENT ON SUPERVISED RELEASE VIOLATION</u>

This cause came to be heard on October 6, 2005, Assistant U. S. Attorney Jerry Kitchen, representing the government, and the defendant appeared in person and with counsel, Richard L. Finney, who was appointed and admits to the allegations set forth in the Supervised Release Violation Petition. After questioning the defendant, hearing statements of counsel, the Court finds the defendant guilty as charged in the Supervised Release Violation Petition.

IT IS THEREFORE ORDERED that the defendant has violated the terms of his supervised release and that he be sentenced to the custody of the Bureau of Prisons for a period of **SIX (6) MONTHS, followed by TWO (2) YEARS supervise release,** with no further supervision. The Court recommends an institution where the defendant can receive drug treatment and drug counseling.

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 7 October 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10/7/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 100 in case 1:04-CR-10013 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

Richard L. Finney
HARDEE MARTIN DAUSTER & DONAHOE
213 E. Lafayette
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT